Rec/67/63

AA

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
* * * * * * * * * * * * * * *

GEORGE BRENNAN, SR and
CAROL A. BRENNAN,

       Plaintiffs,

v.

AMERIQUEST MORTGAGE COMPANY,
A Foreign Corporation, Mortgagee,
a/k/a AMC MORTGAGE SERVICES, DEUTSCHE
BANK NATIONAL TRUST COMPANY, as Trustee
of AMERIQUEST MORTGAGE SECURITIES,
INC. and DOES 1-5

       Defendants.

_____ /

D. Richard Black (P25773)
David M. Hall (P14544)
DAVID HALL & ASSOCIATES, P.C.
LAW OFFICE OF D. RICHARD BLACK
Attorney for Plaintiffs
283 Howard Avenue
Holland, MI 49424
(616) 396-3998

**07 - 14 4 2 4**

Case No.._____

HON. **PAUL V. GADOLA**
U.S. District Court Judge
**MAGISTRATE JUDGE PEPE**

**JURY DEMANDED**

**FILED**

OCT 1 7 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## COMPLAINT

      NOW COME Plaintiffs, by and through their counsel, D. Richard Black and David M. Hall, and as their Complaint against Defendants state as follows:

### INTRODUCTION

      1.    Plaintiffs, George Brennan, Sr. and Carol A. Brennan, bring this action against a "subprime" mortgage lender and its affiliates to rescind a mortgage for violation of the Truth In Lending Act, 15 USC Section 1601, et seq. ("TILA"), and implementing Federal Reserve Board Regulation Z, 12 CFR part 226, and to recover damages under state law.

## JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction under 28 USC Section 1331 (general federal question), 1337 (interstate commerce), and 1367 (supplemental jurisdiction), and 15 USC Section 1640 (TILA).  Defendants transact business in the District and are deemed to reside here.

## PARTIES

3.     Plaintiffs own and reside in a home located at 3399 McKeen Lake Road, Columbiaville, Township of Oregon, Lapeer County, Michigan 48421.

4.     Defendant Ameriquest Mortgage Company is a foreign corporation which maintains offices in and does business in Michigan.  Its registered agent and office are National Registered Agents, Inc, 712 Abbott Road, East Lansing, Michigan 48823, or 200 W. Adams, Chicago, Illinois 60606.

5.     Defendant Ameriquest Mortgage Company is engaged in the business of originating "subprime" mortgages.

6.     Defendant Ameriquest Mortgage Company makes more than 26 loans per year.

7.     Defendant Ameriquest Mortgage Company is a "creditor" as defined in TILA and Regulation Z.

8.     During 1999-2003, Ameriquest was the third largest subprime lender by volume, with $61.8 billion in total originations during the period.  Ameriquest is the largest "direct to consumer" subprime mortgage originator in the United States.  During the first half of 2004, Ameriquest originated over $16 billion in loans, representing a 76% rise over the same period in 2003.

9.     Defendant AMC Mortgage Services, Inc., is a foreign corporation which does business in Michigan.  Its registered agent and office are National Registered Agents, Inc, 712 Abbott Road, East Lansing, Michigan 48823, or 200 W. Adams, Chicago, Illinois 60606.

10.     Defendant AMC Mortgage Services, Inc., an affiliate of Ameriquest Mortgage Company, services loans originated by Ameriquest Mortgage Company, and claims an interest in such loans, including the right to receive payments thereunder.  It is joined as a necessary party.

11.    Defendant Ameriquest Mortgage Securities, Inc., an affiliate of Ameriquest Mortgage Company, is a foreign corporation which transacts business in Michigan. It holds legal title to loans originated by Ameriquest Mortgage Company. It is located at 1100 Town & Country Road, Suite 1100, Orange, California 92868.

## FACTS RELATING TO PLAINTIFFS

12.    Prior to December 16, 2004, Plaintiffs applied for a fixed rate mortgage with Ameriquest Mortgage Company.

13.    Plaintiffs needed and used the loan for personal, family or household purposes, namely refinancing of prior debt incurred for such purposes.

14.    Jason Cox, an individual employed by Ameriquest Mortgage Company promised Plaintiffs that a refinance with Ameriquest would get the prior interest rate reduced and debts would be paid off and the monthly payment would be reduced.

15.    A closing was scheduled on the loan and at the closing, which was late at night at Plaintiffs' residence, only a Notary Public appeared to witness signing of the documents.

16.    The Notary Public could not, would not, and did not, explain any of the closing documents, but did state that if Plaintiffs had any questions, the Plaintiffs could contact Ameriquest in the future, and work out any questions or problems with  the documents.

17.    The closing agent stated that the closing documents had to be signed immediately or the refinancing would be lost; the Plaintiffs, therefore, signed the documents.

18.    Copies of the signed documents have never been provided to the Plaintiffs.

19.    The following documents relate to this loan:

    a.    A Mortgage, Exhibit A, unsigned

    b.    A Good Faith Estimate, Exhibit B, unsigned;

    c.    Preliminary Disclosure Statement, Exhibit C, unsigned

    d.    Final Disclosure Statement, Exhibit D, unsigned

    e.    Borrowers Final Loan Terms, Exhibit E, unsigned

    f.    One Week/Three Day Cancellation Notice, Exhibit F, unsigned

    g.    Closing Statement, Exhibit G, unsigned

h.    Foreclosure Notice, Exhibit H

20.    Plaintiffs were later directed to make payments to AMC Mortgage Services, Inc.

21.    On information and belief, Ameriquest Mortgage Securities, Inc. owns Plaintiffs' loan.

22.    In the event Ameriquest Mortgage Securities, Inc. does not own Plaintiffs' loan (actual ownership is rarely, if ever, shown of record), the actual owners are named as Does 1-5.

## COUNT I – TRUTH IN LENDING ACT

23.    Plaintiffs incorporate paragraphs 1-22 of their Complaint as though fully restated herein.

24.    This claim is against all Defendants.

### RIGHT TO RESCIND

25.    Because the transaction was secured by Plaintiffs' home, and was not entered into for purposes of the initial acquisition or construction of that home, it was subject to the right to cancel provided by 15 US section 16335 and 12 CFR Section 226.23.  Section 226.23 provides:

(a)    Consumer's right to rescind.

(1)    In a credit transaction in which a security interest is or will be retained or acquired in a consumer's principal dwelling, each consumer whose ownership interest is or will be subject to the security interest shall have the right to rescind the transaction, except for transactions described in paragraph (f) of this section [fn] 47.

(2)    To exercise the right to rescind, the consumer shall notify the creditor of the rescission by mail, telegram or other means of written communication. Notice is considered given when mailed, when filed for telegraphic transmission, or, if sent by other means, when delivered to the creditor's designated place of business.

(3)    The consumer may exercise and right to rescind until midnight of the third business day following consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all material disclosures, [fn] 48 whichever occurs last.  If the required notice or material disclosures are not delivered, the

4

right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property or upon sale of the property, whichever occurs first. In the case of certain administrative proceedings, the rescission period shall be extended in accordance with section 125(f) of the act. [15 USC Section 1635(f)].

        (4)     When more than one consumer in a transaction has the right to rescind, the exercise of the right by one consumer shall be effective as to all consumers.

        (b)     <u>Notice of right to rescind</u>. In a transaction subject to rescission, a creditor shall deliver 2 copies of the notice of the right to rescind to each consumer entitled to rescind. The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following:

        (1)     The retention or acquisition of a security interest in the consumer's principal dwelling.

        (2)     The consumer's right to rescind the transaction.

        (3)     How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business.

        (4)     The effects of rescission, as described in paragraph (d) of this section.

        (5)     The date the rescission period expires.

        (f)     <u>Exempt transactions</u>. The right to rescind does not apply to the following:

        (1)     A residential mortgage transaction [defined in 15 USC Section 1602 (w) as one where a "security interest is created or retained against the consumer's dwelling to finance the acquisition or initial construction of such dwelling"].

        (2)     A credit plan in which a state agency is a creditor.

**GROUNDS FOR RESCISSION**

      26.     In connection with the loan, Ameriquest Mortgage Company failed to provide the required disclosures of the Plaintiffs' right to cancel within three days, in violation of 15 USC Section 1635 and 12 CFR Section 226.23, for (without limitation) the reasons stated below.

27.     Ameriquest did not deliver to Plaintiffs two completed notices of the right to cancel on the Federal Reserve Board form.

28.     The delivery of two different notices of right to cancel is confusing and obfuscatory, resulting in lack of clear and conspicuous disclosure of the right to cancel. The provision of an ostensibly longer rescission period may cause a consumer to delay past the statutory three days, without recognizing that the extended period is purely contractual, without benefit of the TILA damages, attorney's fees or the procedural protections of Section 1635.

29.     Furthermore, the "one week" cancellation notice is misleading, as the period given is actually only six days long.

30.     Ameriquest's own staff finds it necessary to prepare on a monthly basis a list of cancellation period expiration dates.

31.     Notice of rescission has been given to Defendants.

32.     The loan has not been rescinded.

33.     Under 15 USC Section 1641 (c), the right to rescind may be exercised against any assignee.

34.     15 USC Section 1635 (g) provides:

Additional relief

In any action in which it is determined that a creditor has violated this section, in addition to rescission the court may award relief under section 1640 of this title for violations of this subchapter not relating to the right to rescind.

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendants for:

a.     A judgment voiding Plaintiffs' mortgage, capable of recordation in the public records, and binding upon Defendants;

b.     Statutory damages for the underlying disclosure violation;

c.     If appropriate, statutory damages for failure to rescind;

d.     Attorneys' fees, litigation expenses and costs;

e.     Such other or further relief as the Court deems appropriate.

## COUNT II – BREACH OF CONTRACT

35.     Plaintiffs incorporate paragraphs 1-22 of Plaintiff's Complaint and paragraphs 23-34 of Count I as though fully restated herein.

36.     This claim is against Ameriquest only.

37.     Defendant Ameriquest contracted and undertook to provide a discounted interest rate if Plaintiffs paid a loan discount fee.

38.     Plaintiffs paid the fee, but did not receive a discounted rate.

39.     Ameriquest thereby breached its agreement.


WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs against Defendants for:

   a.     Appropriate damages;

   b.     Costs;

   c.     Enjoinment of any applicable foreclosure period pending full adjudication on the merits of this action;

   d.     Such other and further relief as the Court deems appropriate.

Dated:   10/16/07

D. Richard Black (P25773)
Attorney for Plaintiffs

Dated: 10/16/07

David M. Hall (P14544)
Attorney for Plaintiffs


## JURY DEMAND

NOW COME Plaintiffs, by and through their counsel, and demand trial by jury in this matter.

Dated:   10/16/07

D. Richard Black (P25773)
Attorney for Plaintiffs

Dated: 10/16/07

David M. Hall (P14544)
Attorney for Plaintiffs

**PLAINTIFFS' EXHIBIT A**

# MORTGAGE

Return To:

**Ameriquest Mortgage Company**
**P.O. Box 11507,**
**Santa Ana, CA 92711**

DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections
3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided
in Section 16.

(A) "Security Instrument" means this document, which is dated **December 16, 2004**
together with all Riders to this document.
(B) "Borrower" is **Charlotte Gertcher, An Unmarried Woman and Carol Brennan,**
**A Married Woman**

**GOOD FAITH ESTIMATE**

0103834982 - 7329

Ameriquest Mortgage Company

Address: 2425 South Linden Rd., #E
Flint, MI 48532

Applicant(s): Carol Brennan    George Brennan, Sr.

Property Address: 3399 McKeen Lake Rd
Columbiaville, MI 48421

Sales Price: 0.00
Base Loan Amount: 161,976.00
Total Loan Amount: 161,976.00
Type of Loan: ADJUSTABLE RATE
Date Prepared: December 15, 2004
Rate: 6.550 %    Term: 360 Months
Broker:

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A Settlement Statement that you will be receiving at settlement. The HUD-1 or HUD-1A Settlement Statement will show you the actual cost for items paid at settlement. The loan terms and fees may change based on the information gathered during the underwriting and loan approval process or as a result of negotiations between you and the Lender.

" L" designates those costs to be paid outside of closing by Lender.    "S" designates those costs to be paid by Seller    * Paid Outside of Closing

| 800 ITEMS PAYABLE IN CONNECTION WITH LOAN: | |
|---|---|
| 801 Loan Origination Fee (    %) | |
| 802 Loan Discount Fee (    %) | |
| 803 Appraisal/Property Valuation | $300.00 |
| 804 Credit Report $    to $ | |
| 805 Lender's Inspection Fee | |
| 806 Mortgage Insurance Application Fee | |
| 807 Assumption Fee | |
| 808 Yield Spread Premium to Broker | |
| 809 | |
| 810 Tax Related Service Fee | $70.00 |
| 811 Flood Search Fee | $16.00 |
| 812 Lender's Processing Fee | $626.00 |
| 813 Admin to Ameriquest Mortgage | $239.00 |
| 814 Doc Prep Fee to | |
| 815 Credit Report Fee paid to Broker | |
| 816 Origination Fee to broker  (    %) | |
| 817 Application Fee to Ameriquest | $380.00 |
| 818 Underwriting Fee to Broker | |
| 819 Service Provider Fee to | |
| 820 Processing Fee  to Broker | |
| 821 Underwriting Fee to Lender | |
| 900 ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | |
| 901 Interest for 10 days @ $29.07 per day | $290.70 |
| 902 Mortgage Ins Premium | |
| 903 Hazard Ins. Premium | |
| 904 Flood Ins. Premium | |

| 1000 RESERVES DEPOSITED WITH LENDER: | | |
|---|---|---|
| 1001 Haz Ins Prem | months @ $ | |
| 1002 Mortgage Ins | months @ $ | |
| 1003 Earthquake Ins | months @ $ | |
| 1004 Cnty Prop Taxes | months @ $ | |
| 1005 Annual Assmts | months @ $ | |
| 1006 Flood Ins | months @ $ | |
| 1007 Windstorm Ins | months @ $ | |
| 1008 | | |

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | |
|---|---|
| Down payment | |
| Est. Closing Costs | $2,748.00 |
| Est. Prepaid Items/Reserves | $290.70 |
| OTHER: POC Borrower | $0.00 |
| TOTAL EST. FUNDS NEEDED TO CLOSE | $3,038.70 |
| TOTAL FEES PAID BY LENDER | $0.00 |

| 1100 TITLE CHARGES: | |
|---|---|
| 1101 Settlement or Closing Fee $215.00 to $350.00 | $240.00 |
| 1102 Abstract or Title Search    to | |
| 1103 Title Examination | |
| 1104 Title Insurance Binder | |
| 1105 Document Preparation Fee | |
| 1106 Notary Fees | |
| 1107 Attorney Fees | |
| 1108 Title Insurance $780.00 to $900.00 | $800.00 |
| 1109 | |
| 1110 | |
| 1111 Settlement/Disbursement Fee | |
| 1112 Escrow Fee | |

| 1200 GOVERNMENT RECORDING AND TRANSFER CHARGES: | |
|---|---|
| 1201 Recording Fees: | $50.00 |
| 1202 City/County Tax/Stamps: | |
| 1203 | |
| 1204 | |
| 1205 | |

| 1300 ADDITIONAL SETTLEMENT CHARGES: | |
|---|---|
| 1301 Demand | |
| 1302 Pest Inspection | |
| 1303 Survey | |
| 1304 Staff Appraiser Fee | |
| 1305 Reconveyance Fee | |
| 1306 | |
| 1307 Apprsl/Prop Val Fee to | |
| 1308 Courier Fee | $47.00 |
| TOTAL ESTIMATED SETTLEMENT CHARGES | $3,036.70 |
| TOTAL SETTLEMENT CHARGES PAID BY LENDER | $0.00 |

| TOTAL ESTIMATED MONTHLY PAYMENT | |
|---|---|
| Principal & Interest | $1,029.14 |
| Real Estate Taxes | |
| Flood & Hazard Insurance | |
| Mortgage Insurance | |
| TOTAL MONTHLY PAYMENT | $1,029.14 |

THIS SECTION TO BE COMPLETED BY LENDER ONLY IF A PARTICULAR PROVIDER OF SERVICE IS REQUIRED. Use of the particular provider is required and the estimate is based on charges of the provider. If a particular provider is not mentioned, a provider will be required from a lender approved list.

| ITEM  NAME OF PROVIDER | ADDRESS OF PROVIDER | TELEPHONE | NATURE OF RELATIONSHIP |
|---|---|---|---|
| 803  Appraisal Repeated Use | | | Unaffiliated/Repeated Use |
| 804  Credit Repeated Use | | | Unaffiliated/Repeated Use |
| 810  Fidelity National Tax Service | 466 N. Rosemead Blvd., Pasadena, CA 91107 | 800-963-9724 | Unaffiliated/Used 100%/Tax |

PLAINTIFFS' EXHIBIT C

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

[X] Preliminary    [ ] Final

LENDER: Ameriquest Mortgage Company
2425 South Linden Rd., #E
Flint, MI 48532
(810)732-1239

Broker License:

Borrowers: Carol Brennan    George Brennan, Sr.

Type of Loan: ADJUSTABLE RATE
Date: December 15, 2004

Address:
City/State/Zip:

Loan Number: 0103834982 - 7329

Property:   3399 McKeen Lake Rd, Columbiaville, MI 48421

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| (e) 7.923 % | $ 266,279.55 (e) | $ 160,087.30 (e) | $ 426,366.85 (e) |

### YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | (e) $1,029.14 | 02/01/2005 | | | |
| 335 | (e) $1,195.44 | 02/01/2007 | | | |
| 1 | (e) $1,195.09 | 01/01/2035 | | | |

**VARIABLE RATE FEATURE:**
[X]   Your loan has a variable rate feature . Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**   You are giving a security interest in the property located at: 3399 McKeen Lake Rd, Columbiaville, MI 48421

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**   You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES:**   If a payment is late, you will be charged **5.000%** of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled

PLAINTIFFS' EXHIBIT D

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

|  | Preliminary | X | Final |

LENDER: Ameriquest Mortgage Company
2425 South Linden Rd., #E
Flint, MI 48532
(810)732-1239

Broker License:

Borrowers: Carol Brennan    George Brennan, Sr.

Type of Loan: ADJUSTABLE RATE
Date: December 16, 2004

Address:    3399 McKeen Lake Rd
City/State/Zip:    Columbiaville, MI 48421

Loan Number: 0103834982 - 7329

Property:    3399 McKeen Lake Rd, Columbiaville, MI 48421

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.983 % | $ 296,055.51 | $ 153,934.52 | $ 449,990.03 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,160.59 | 02/01/2005 | | | |
| 335 | $1,256.37 | 02/01/2007 | | | |
| 1 | $1,251.92 | 01/01/2035 | | | |

**VARIABLE RATE FEATURE:**
X   Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:**    You are giving a security interest in the property located at: 3399 McKeen Lake Rd, Columbiaville, MI 48421

**ASSUMPTION:**    Someone buying this property
X   cannot assume the remaining balance due under original terms.
   may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:**    You may obtain property insurance from anyone you want that is acceptable to
Ameriquest Mortgage Company

**LATE CHARGES:**    If a payment is late, you will be charged 5.000% of the overdue payment.

**PREPAYMENT:**    If you pay off your loan early, you
X   may      will not      have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled

t Mortgage Company
uth Linden Rd., #E
, MI 48532

(810)732-1239

# BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

Carol Brennan
George Brennan, Sr.

Date: December 16, 2004

Notice: [X] Delivered     [ ] Mailed

Loan Number: 0103834982 - 7329

Description of Credit Request:

3399 McKeen Lake Rd
Columbiaville, MI 48421

[X] 1st Trust Deed/Mortgage    [ ] 2nd Trust Deed/Mortgage

[ ] Other:

Property Address: 3399 McKeen Lake Rd

Columbiaville, MI 48421        County of LAPEER

## TYPE OF TRANSACTION:

[ ] Purchase    [X] Refinance    Other

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| [ ] Fixed Rate Loan   [X] Adjustable Rate Loan | [ ] Fixed Rate Loan   [X] Adjustable Rate Loan |
| Amount Financed: $ 160,087.30 | Amount Financed: $ 153,934.52    * |
| Settlement Charges: $ 3,038.70 (Includes all Prepaid Finance Charges) | Settlement Charges: $ 9,365.48    * (Includes all Prepaid Finance Charges) |
| Loan Amount: $ 161,976.00 | Loan Amount: $ 162,000.00 |
| Annual Percentage Rate: 7.923    % | Annual Percentage Rate: 8.983    %* |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 6.550    % | Initial Interest Rate: 7.750    % |
| Margin: 5.500    % | Margin: 6.000    % |
| Prepayment Penalty: [X] YES [ ] NO | Prepayment Penalty: [X] YES [ ] NO |

Borrower(s) and Ameriquest Mortgage Company hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).

Borrower Carol Brennan        Date        Borrower George Brennan, Sr.        Date

**PLAINTIFFS' EXHIBIT F**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0103834982 - 7329

Date: December 16, 2004

Borrower(s): Carol Brennan

George Brennan, Sr.

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company

1600 S Douglass Rd Anaheim, CA 92806

ATTN: Funding Department

Phone: (714)541-9960

Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____    _____
Borrower/Owner  Carol Brennan            Date

_____    _____
Borrower/Owner  George Brennan, Sr.       Date

_____    _____
Borrower/Owner  Charlotte Gertcher        Date

_____    _____
Borrower/Owner                          Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____

_____    _____
Borrower/Owner Signature                Date



12/16/2004 8:35:49 AM

**BORROWER COPY**

850 (10/00)

# PLAINTIFFS' EXHIBIT G
## CLOSING INSTRUCTIONS
## ITEMIZATION OF SETTLEMENT CHARGES

| Title Company/Attorney | Title Officer/Attorney | Phone Number | Order Number |
|---|---|---|---|
| NORTHWEST TITLE & ESCROW CORP. | FRANK T. GRIEBENOW | (651)490-9056 | 616760 |

| Borrower(s) | Property Address |
|---|---|
| Carol Brennan  George Brennan, Sr. | 3399 McKeen Lake Rd<br>Columbiaville        MI        48421<br>Loan Number: 0103834982 |

FROM: Ameriquest Mortgage Company - Flint, MI        Phone No. (810)732-1239        Fax (810)732-3628
Branch Name                                                        Branch Phone No.                            Branch Fax Number

BELOW IS A LIST OF ALL SETTLEMENT CHARGES AND DISBURSEMENTS APPLICABLE TO THIS LOAN. YOU MUST USE THESE FIGURES TO PREPARE YOUR SETTLEMENT STATEMENT. YOU CANNOT DEVIATE FROM THESE FIGURES WITHOUT PRIOR WRITTEN AUTHORIZATION FROM VICE PRESIDENT OF LOAN OPERATIONS AND/OR ITS DIRECTORS .

| LINE NO. ON SETTLEMENT STATEMENT                     PAYEE | AMOUNT |
|---|---|
| 801. Loan origination fee    % to | |
| 802. Loan discount  3.674  % to  Ameriquest Mortgage Company | |
| 803. Apprsl/Prop Val to | $5,951.88 |
| 808. Yield Spread Premium to | $0.00 |
| 809. | |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | $70.00 |
| 811. Flood Search Fee to  Ameriquest Mortgage | $9.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | $626.00 |
| 813.Admin to Ameriquest Mortgage Company | $239.00 |
| 814. Doc. Prep. Fee to | |
| 815. Credit Report Fee to | |
| 816.  Origination Fee    % to | |
| 817. Application Fee to  Ameriquest Mortgage Company | $360.00 |
| 818. Underwriting Fee to | |
| 819. Service Provider Fee to | |
| 820. Processing Fee  to | |
| 821. Underwriting Fee to | |
| 822. Appraisal Fee to | |
| 901. Interest from 12/23/2004  to 01/01/2005  @  $34.40  per day | $309.60 |
| 902. Mortgage insurance premium for          months to | |
| 903. Hazard ins prem  to | $0.00 |
| 904. Flood ins prem  to | |
| 1001. Hazard insurance     months @ $     per month | |
| 1002. Mortgage insurance    months @ $     per month | |
| 1003. Earthquake ins     months @ $     per month | |
| 1004. County prop. taxes     months @ $     per month | |
| 1005. Annual assess.    months @ $     per month | |
| 1006. Flood    months @ $     per month | |
| 1007.  Windstorm ins    months @ $     per month | |
| 1008. | |
| 1101. Settlement or closing fee to  NORTHWEST TITLE | $200.00 |
| 1102. Abstract or title search to | |
| 1103. Title examination to | |
| 1105. Document preparation to | |
| 1106. Notary fees to  ASSURANCE CLOSING SERVICE | $300.00 |
| 1107. Attorney's fees to | |
| 1108. Title insurance to  NORTHWEST TITLE | $800.00 |
| 1109. Lender's coverage | |
| 1110. Owner's coverage        $                       $800.00 | |
| 1111. Settlement/Disbursement fee to | |
| 1112. Escrow Fee to | |
| 1201. Recording fees | $100.00 |
| 1202. City/county tax/stamps | |
| 1203. State tax/ stamps | |
| 1204. State specific fee | |

# CIVIL COVER SHEET

County in which this action arose: **LAPEER COUNTY**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**GEORGE BRENNAN, SR AND CAROL A. BRENNAN**

(b) County of Residence of First Listed Plaintiff **LAPEER**

## DEFENDANTS

Ameriquest Mortgage Company, a foreign corporation, a/k/a AMC Mortgage Services, Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Services and Does 1-

County of Residence of First Listed Defendant

09:34     8105640775     LLT     PAGE 01

(c) Ar

Bl~

*George Brennan, Sr.*

**PLAINTIFFS' EXHIBIT H**

**The County Press**          Wednesday, March 28, 2007   **7•A**



**MORTGAGE SALE**
**FILE NO. 214.4806**

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY.

Default has been made in the conditions of a mortgage made by Charlotte Gartcher, an unmarried woman and Carol Brennan, a married woman, and George Brennan, Sr., to Ameriquest Mortgage Company, Mortgagee, dated December 10, 2004 and recorded December 30, 2004 in Liber 1993, Page 366, Lapeer County Records, Michigan. Said mortgage is now held by Deutsche Bank National Trust Company, as Trustee to Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Series 2005-R9 under the Pooling and Servicing Agreement dated as of April 1, 2005, Without Recourse, by assignment. There is claimed to be due at the date hereof the sum of One Hundred Sixty-Three Thousand Five Hundred Seventeen and 60/100 Dollars ($163,517.60) including interest at 7.75% per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue, at the Main entrance to the County Complex Bldg., 228 Clay St., Lapeer, in Lapeer County, Michigan, at 9:30 a.m. on APRIL 18, 2007.

Said premises are located in the Township of Oregon, Lapeer County, Michigan, and are described as:

A part of the Southwest one-quarter of Section 12, Town 8 North, Range 9 East, Oregon Township, Lapeer County, Michigan, more particularly described as commencing at the West one-quarter corner of said Section 12; thence North 89 degrees 57 minutes 19 seconds East 1348.69 feet along the East-West one-quarter line to the Point of Beginning; thence continuing North 89 degrees 57 minutes 19 seconds East 165.00 feet; thence South 01 degrees 00 seconds 15 minutes West 225.04 feet; thence South 89 degrees 57 minutes 19 seconds West 180.69 feet; thence North 00 degrees 02 seconds 35 minutes West 225.00 feet to the Point of Beginning.

The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA §600.3241a, in which case the redemption period shall be 30 days from the date of such sale. TO ALL PURCHASERS: The foreclosing mortgagee can rescind the sale. In that event, your