CLOSED, STAYED

## U.S. District Court
### Eastern District of Michigan (Flint)
### CIVIL DOCKET FOR CASE #: 4:07-cv-14424-PVG-SDP
### Internal Use Only

| | |
|---|---|
| Brennan et al v. Ameriquest Mortgage Company et al<br>Assigned to: Honorable Paul V Gadola<br>Referred to: Honorable Steven D Pepe<br>Cause: No cause code entered | Date Filed: 10/17/2007<br>Date Terminated: 12/11/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**George Brennan, Sr**  represented by  **D. Richard Black**
D. Richard Black Assoc.
283 Howard Avenue
Holland, Ml 49424
616-396-3998
Email: black-law@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Hall**
283 Howard Avenue
Holland, Mi 49424
616-396-3998
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol A Brennan**  represented by  **D. Richard Black**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that the foregoing is a
true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By [signature]
         Deputy

V.

**Defendant**

**Ameriquest Mortgage Company**
*also known as*
AMC Mortgage Services

represented by  **Thomas M. Schehr**
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243
313-568-6800

Fax: 313-568-6659
Email: tschehr@dykema.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust Company**
*as Trustee of Ameriquest Mortgage Securities, Incorporated*

represented by **Thomas M. Schehr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**
*1 through 5*

represented by **Thomas M. Schehr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services**

represented by **Thomas M. Schehr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 |  | (Court only) *** Attorney D. Richard Black for Carol A Brennan, David M. Hall for Carol A Brennan added. (THal) (Entered: 10/18/2007) |
| 10/17/2007 | 1 | COMPLAINT filed by George Brennan, Sr, Carol A Brennan against Ameriquest Mortgage Company, Deutsche Bank National Trust Company, John Doe Receipt No: 6763 - Fee: $ 350. (THal) (Entered: 10/18/2007) |
| 11/07/2007 | 2 | NOTICE of Appearance by Thomas M. Schehr on behalf of Ameriquest Mortgage Company, Deutsche Bank National Trust Company. (Schehr, Thomas) (Entered: 11/07/2007) |
| 11/11/2007 | 3 | CERTIFICATE of Service/Summons Returned Executed. AMC Mortgage Services served on 10/25/2007, answer due 11/14/2007. (Black, D.) (Entered: 11/11/2007) |
| 11/11/2007 | 4 | CERTIFICATE of Service/Summons Returned Executed. Ameriquest Mortgage Company served on 10/25/2007, answer due 11/14/2007. (Black, D.) (Entered: 11/11/2007) |
| 11/14/2007 | 5 | Joint MOTION to Stay *Proceedings* by all parties. (Schehr, Thomas) (Entered: 11/14/2007) |
| 11/19/2007 | 6 | STIPULATED ORDER TO STAY PROCEEDINGS. Signed by Honorable Paul V Gadola. (RBri) (Entered: 11/19/2007) |
| 11/19/2007 |  | (Court only) ***Motions terminated: 5 Joint MOTION to Stay *Proceedings* filed by George Brennan, Sr, Carol A Brennan, Ameriquest Mortgage Company, John Doe, Deutsche Bank National Trust Company, AMC Mortgage Services. (RBri) (Entered: 11/19/2007) |
| 12/03/2007 | 7 | Letter from MDL to Northern District of Illinois with Conditional |

| | | |
|---|---|---|
| | | Transfer Order (PMil) (Entered: 12/06/2007) |
| 12/11/2007 | 8 | MDL Certified Transfer Order To Northern District of Illinois - MDL # 1715. (SSch) (Entered: 12/14/2007) |
| 12/14/2007 | 9 | NOTICE transferring case to *NORTHERN DISTRICT OF ILLINOIS* for MDL 1715. (SSch) (Entered: 12/14/2007) |